BEATRICE A. LITTLE ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF MANCHESTER ET AL.

HOUSE, THIM, RYAN, SHAPIRO and LOISELLE, Js.

Argued April 8—decided April 13, 1971

*Edwin A. Lassman,* with whom was *A. Ned Rogin,*
for the appellants (plaintiffs).

*Philip Bayer,* with whom were *Herbert A. Phelon,
Jr.,* and, on the brief, *Dominic J. Squatrito,* for the
appellees (defendant Seelert et al.).

*John F. Shea, Jr.,* for the appellee (named defendant).

PER CURIAM. Where a zoning authority states the
reasons for its action as required by § 8-3 of the
General Statutes, the question on appeal is simply
whether those reasons are reasonably supported by
the record and are pertinent to the considerations
which the zoning authority is required to apply
under the zoning regulations. *Zieky* v. *Town Plan
& Zoning Commission,* 151 Conn. 265, 267, 196 A.2d
758.

We find no error in the conclusion of the trial court that the plaintiffs failed to prove their claim that the defendant commission acted arbitrarily or illegally and thus abused the discretion vested in it. *Stiles* v. *Town Council,* 159 Conn. 212, 219, 268 A.2d 395.

There is no error.